UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAST COAST SHIP SUPPLY AND WRIST NORTH AMERICA, §§§§§ Plaintiffs, §§ v. §§ M/V ANGELES, IMO No. 9399791, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*, §§§§§ Defendant. § | CIVIL ACTION NO.   20-617-UNA ADMIRALTY |

### ORDER APPOINTING REPRESENTATIVE TO SERVE VESSEL WITH WARRANT OF ARREST

UPON consideration of the emergency motion of plaintiffs, East Coast Ship Supply and Wrist North America, to appoint representative to serve vessel with warrant of arrest on behalf of the United States Marshal, and good cause having been shown;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion is GRANTED, and representatives of O'Rourke Investigative Associates (including, but not limited to, William R. Browne) be appointed as representatives of the United States Marshal to serve the warrant of maritime arrest on the M/V ANGELES in place of the United States Marshal for the United States District Court for the District of Delaware;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that O'Rourke Investigative Associates shall report the results of the arrest to the United States Marshal for the

United States District Court for the District of Delaware and cause to be filed a return of service with this Court following service of the warrant of maritime arrest.

Wilmington, Delaware, this __7__ day of May, 2020.

                                        /s/ Richard G. Andrews  
                                 **UNITED STATES DISTRICT JUDGE**